UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 08 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rickey Terral Winfield Sr.

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

22-CV-3025
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert
PC 2 DIRECT

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Cook county Department of corrections

~~Cook~~

_____

_____

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

  ✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
_____ U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Rickey Winfield (#20150802027) VS. Cook County Department of corrections Case No. 17C6896

B. Approximate date of filing lawsuit: 9-25-17

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Cook County Department of corrections

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Hon. Sharon Johnson Coleman

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was Dismissed

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of December 1, 2020 at approximately 10:35 A.M. I was attacked while sitting on the floor in Division Six on the phone talking to my family. A young man boiled hot water mixed with hair grease and magic shave and threw it all over my chest while the correctional officer was on deck "failure to protect". I was escorted to dispensary from there I was sent to cermak while at cermak for approximately six hours I was told that stroger hospital didn't want to see me until the very next morning and I suffered second degree burn and sent back to my tier and neglected the proper medical attention. Now it's a whole year later and I still suffer permanet dammage on my chest and I'm mentally traumatized I'm scared to be around any person boiling hot water in the microwave and sometimes at night I dream about it and wake up in cold sweats. Once I did make it to stroger hospital they clean me and bandage me when sent back to cook county they again neglected

my ~~medical~~ Proper medical attention by not sending me to the Proper medical unit which is Cermak hospital that's housed with inmates who need special medical attention. I had to go serveal nights with out being properly medical treatment.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the cart to compesate me fully for my permunt disfigurement and failure for protection I'm seeking the cart to conpesate me a $180,000

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of March, 20 22

_Rickey Winfield_
(Signature of plaintiff or plaintiffs)

Rickey Winfield
(Print name)

20150502022
(I.D. Number)

2700 S. California chicago IL, 60608

(Address)

Rickey Winfield #20150202027
2700 S. California
Chicago IL, 60608

22-CV-3025
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert
PC 2 DIRECT

06/08/2022-1

The office of Clerk THE U.S. District Court
UNITED States Court House
219 South Dearborn Street
Chicago, ILLINOIS 60604

RECEIVED 2022 JUN -8 AM 9:50


