FILED
FEB 20 2024 KH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2-10-24

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Rickey Winfield, SR,

   Plaintiff

v

David Brumfield

   Defendant

Civil Action 1:22-CV-03025

THE Honorable Sharon Johnson Coleman
Court Room 1241

I'm respectfully responding to the movant party as a nonmovant participant nonmovant Dispute Defendant's Local Rule 56 (6)(1)(2) memorandum of law in support of this Dispute the nonmovant argues legal arguments are wrong based on the facts that I disputed in my response and that I included in my additional fact's further support Federal Rules of civil Procedure Rule 56 (C)(1)(B) supporting factual positions. A party asserting that a fact cannot be or is Genuinely disputed must support the assertion BY (B) exhibit 1 ~~shown~~ the movant can not show the materials cited do not establish the absence or Presence of a genuine dispute, or that an adverse party cannot Produce admissible evidence to support fact. Furthermore exhibit 2 Rule 56(2) objection that a fact is not supported by Admissible evidence. A party may object that the material cited to support or dispute a fact cannot be Presented in a form that would be admissible in evidence. Furthermore exhibit 3 Rule 56(3) materials not cited. The court need consider only the cited materials, but it may consider other materials in the record. Furthermore exhibit 4 Rule 56 (F) Judgement Independent of the motion. After giving notice and a reasonable time to respond, the court may: (3) consider summary judgement on it's own after Identifying for the parties material facts that may not be genuinely in dispute



RICKEY WINFIELD SR. # 20150802027
2700 S. California
Chicago, IL 60608

RECEIVED
FEB 20 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

02/20/2024-27

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

OFFICIAL BUSINESS

LEGAL MAIL