Case: 1:22-cv-03025 Document #: 63 Filed: 03/22/24 Page 1 of 4 PageID #:271

MR  JXM

FILED
3/22/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Rickey Winfield Sr #20150580202(9) Plaintiff | Civil Action 1:22-cv-03025 |
| V | THE Honorable Sharon Johnson Coleman Court room 1241 |
| DAVID Brumfield Defendant | II Statment of Additional Fact's / Affidavit Materail |

I declare for the fact's I Know to be true based on my Personal Knowledge I suffered from second degree burns I Present Deposition of Rickey winfield sr, Exhibit #1 Pg. 13 line 20-23. I further support this Statement Exhibit #2 Grievance control Number 2026X16276

I was currently sitting on the Phone talking to my family when another Inmate Boil Hot Koolaid mix with hair grease and magic shave and the microwave and threw it on me. Intentionally I'm suffering From Pain and suffering and I'm traumatized and afraid to be around anyone near the microwave I also suffer from second degree burns Lastly to further support this statement Exhibit # III Deposition. line 5, 6, 7 I was on the Phone talking to my family. A Young man threw hot water with hairgrease and magic shave he threw it on me.

I Rickey winfield sr, come to this Honorable court as non movant under federal rule of civil Procedure 56, Local Rule 56.2 and Local Rule 56.1(a)(2) I would like this Honorable court to consider the material statment of facts and Affidavit.

EXHIBIT
Rickey Winfield, Sr.
Exhibit 1
11/20/2023 E. Sheehy

Code 110

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL #: 2020X16776
INMATE ID #: 642669

- [x] Emergency Grievance
- [x] Grievance
- [ ] Non-Compliant Grievance
- [ ] Cermak Health Services
- [x] Superintendent: O6
- [ ] Other: _____

**PRINT - INMATE LAST NAME:** Winfield
**PRINT - FIRST NAME:** Rickey
**INMATE BOOKING NUMBER:** 20150802027
**DIVISION:** 6
**LIVING UNIT:** 1Q
**DATE:** 12-1-20

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

[guidelines text in English and Spanish]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 12-1-20 | 10:30 AM | Tier 1L | |

I was currently sitting on the phone talking to my family when another inmate boil hot koolaid mix with hair grease and magic shave and the in the microwave and threw it on me intentionally I'm suffering from pain and suffering and I'm also tramatized and afraid to be around any one near the microwave + also suffer from second degree burns

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** The whole tier on 1L Div 6

**INMATE SIGNATURE:** Ricky Winfield

**CRW/PLATOON COUNSELOR (Print):** D Jones
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 12/2/20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** STW
**SIGNATURE:** [signature]
**DATE REVIEWED:** 12/2/2020

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

JMS

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER: 2020 16776
DATE: 642669

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME: | INMATE FIRST NAME: | ID Number: |
|---|---|---|
| Winfield | Rickey | 2015-0802027 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 110

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO: 06 - Supt
DATE REFERRED: 2 / Dec / 2020

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Inmate Winfield was involved in a documented incident in CCOMS on 1-Dec-2020. Inmate Winfield was seen and cleared by medical staff in Cermak. Inmate Winfield's alleged attacker was issued a disciplinary ticket and transferred off the tier.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Lt. Gonzalez #731
SIGNATURE: Lt. Gonzalez #731
DIV./DEPT.: Div 6 / 239
DATE: 24 / Dec / 2020

INMATE SIGNATURE: Delv. Via COVID19
DATE RESPONSE WAS RECEIVED: 12/31/2020

### INMATE'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  (De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: 01 / 12 / 21

INMATE'S BASIS FOR AN APPEAL:
I'm still suffering from second degree burn my skin on my chest will never be the same I'm also traumatized and afraid to be around people who boiling things in the microwave I even have bad dreams and wake up in cold sweats in my dream I relive the hole situation again

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☒

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:
Response to Stand - Inmate should address medical issues directly with Medical Staff.

INMATE SERVICES DIRECTOR/DESIGNEE: J. Mueller
SIGNATURE:
DATE: 1/14/21

INMATE SIGNATURE: Delv Via COVID19
DATE APPEAL RESPONSE WAS RECEIVED: 1/19/21

(FCN-40b) (AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

Rickey Winfield #20150802027
2700, S California
Chicago IL, 60608





RECEIVED
2024 MAR 22 AM 8:06

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
CHICAGO, IL, 60604
OFFICIAL BUSINESS

SCREENED
MAR 22 2024
US MARSHALS

LEGAL MAIL



03/22/2024-17